NELSON, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. April 22, 1901.) Action by Elizabeth Nelson against the Metropolitan Street-Railway Company. From a judgment in plaintiff's favor, defendant appeals. Affirmed. H. A. Robinson, for appellant. L. Lowenstein, for respondent.

PER CURIAM. Judgment affirmed, with costs.

NICHOLS et al., Respondents, v. BACKUS, Appellant. (Supreme Court, Appellate Division, Third Department. March 6, 1901.) Action by James E. Nichols and others against Charles W. Backus. No opinion. Judgment affirmed, with costs. All concur, except KELLOGG, J., who dissents.

OILLE et al., Respondents, v. RODGER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 2, 1901.) Action by Ward C. Oille and another against C. Julia Rodger and another, as executors, etc. No opinion. Judgment reversed, and new trial ordered, with costs to the appellant to abide event, on opinion of this court in Tindle v. Birkett, 57 App. Div. 450, 67 N. Y. Supp. 1017.

O'NEILL, Respondent, v. McMULLEN et al., Appellants. (Supreme Court, Appellate Division, First Department. March 22, 1901.) Action by John O'Neill against Arthur McMullen and others. H. C. Smyth, for appellants. F. K. Pendleton, for respondent. No opinion. Judgment and order affirmed, with costs.

OSTERHAUS, Appellant, v. STRAUS et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by Louise Osterhaus against Isidor Straus and Nathan Straus. No opinion. Judgment affirmed, with costs. All concur, except WOODWARD, J., who dissents.

OWENS, Respondent, v. BUFFALO REVIEW CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) Action by Dora E. Owens against the Buffalo Review Company. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to withdraw its demurrer and answer, upon payment of the costs of the demurrer and of this appeal.

PADDACK, Appellant, v. NICHOLSON et al., Respondents (two cases). (Supreme Court, Appellate Division, Fourth Department. March 12, 1901.) Actions by Simon D. Paddack against Enoch C. Nicholson and others. No opinion. Judgment affirmed, with costs, on opinion by ADAMS, P. J., in Paddack v. Lewis (Sup.) 69 N. Y. Supp. 1.

PADIAN, Respondent, v. ARMOUR et al., Appellants. (Supreme Court, Appellate Term. April 16, 1901.) Action by Annie Padian against Armour & Co. From a judgment in favor of plaintiff, defendants appeal. Affirmed. Adams & Barrett, for appellants. William J. Fanning, for respondent.

PER CURIAM. Judgment affirmed, with costs.

PAUL, Appellant, v. PAUL, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 12, 1901.) Action by Kittryne G. Paul against Edward M. Paul.

PER CURIAM. Adelbert Moot, Esq., the referee appointed by this court, having made his report, in which he finds that the judgment sought to be set aside was obtained without collusion, the said report is approved, and the order appealed from is affirmed, with $10 costs and disbursements, including the fees of the referee and stenographer.

PEOPLE, Appellant, v. BAKER, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1901.) Proceedings by the people of the state of New York against Benjamin F. Baker. No opinion. Judgment and order affirmed, with costs. All concur, except McLENNAN, J., who dissents.

PEOPLE, Respondent, v. DUNNIGAN, Appellant. (Supreme Court, Appellate Division, First Department. March 22, 1901.) Proceedings by the people of the state of New York against Thomas Dunnigan. L. S. Chanler, for appellant. C. E. Le Barbier, for the People. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. GROSSMAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) Proceedings by the people of the state of New York against Samuel Grossman. No opinion. Judgment and conviction affirmed, and proceedings remitted to the clerk of Erie county, pursuant to section 547 of the Code of Criminal Procedure.

PEOPLE, Respondent, v. LENNON, Appellant. (Supreme Court, Appellate Division, First Department. March 22, 1901.) Proceedings by the people of the state of New York against John Lennon. L. S. Chanler, for appellant. C. E. Le Barbier, for the People. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. McFARLAND, Appellant. (Supreme Court, Appellate Division, Third Department. March 6, 1901.) Proceedings by the people of the state of New York against William McFarland. No opinion. Judgment unanimously affirmed.

PEOPLE v. SELDNER. (Supreme Court, Appellate Division, First Department. March 22, 1901.) Proceedings by the people of the state of New York against Henry Seldner. No opinion. Motion denied.